CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHo

OCT 1 0 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EARL MATTHEW BOATRIGHT,  )<br>    Plaintiff,                     )<br>                                 )<br>v.                                     )<br>                                 )<br>STEVEN CLEAR, et al.,       )<br>    Defendants.                  ) | Civil Action No. 7:13-cv-00422<br><br>**ORDER**<br><br>By:  Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of October, 2013.

_____
Senior United States District Judge