CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for R10

OCT 10 2013

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| EARL MATTHEW BOATRIGHT, ) | Civil Action No. 7:13-cv-00422 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| STEVEN CLEAR, et al., ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff's motion to proceed <u>in forma pauperis</u> is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of October, 2013.

Senior United States District Judge